# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE WILLIBY, <br> Plaintiff, <br> v. <br> AETNA LIFE INSURANCE COMPANY, <br> Defendant. | Case No.: 2:18-cv-10639 <br><br> **JUDGMENT** (JS6) |

Consistent with the Court's Order regarding Defendant's motions to dismiss the Complaint, judgment is hereby entered in favor of the Defendant and the case is dismissed with prejudice.

DATED: August 7, 2019

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1